No. 71–990. SPERRY RAND CORP. *v.* A-T-O, INC., FORMERLY AUTOMATIC SPRINKLER CORP. OF AMERICA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 71–1009. LINDAUER *v.* OKLAHOMA CITY URBAN RENEWAL AUTHORITY ET AL. C. A. 10th Cir. Certiorari denied.

No. 71–1015. SCHROEDER ET UX. *v.* BUSENHART ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 71–1020. PHILADELPHIA CHEWING GUM CORP. *v.* SOMPORTEX LTD. ET AL. C. A. 3d Cir. Certiorari denied.

No. 71–1061. ARNESON PRODUCTS, INC., ET AL. *v.* BLUMENFELD. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 71–5906. ANSTEAD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 71–5911. OVERTON *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 71–5913. ROBINSON, AKA BEASLEY *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 71–5917. CRONAN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–5919. MENDOZA *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 71–5922. JOHNSON *v.* TURNER, WARDEN. C. A. 10th Cir. Certiorari denied.